**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHARLES HAMNER, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No: 07-2314-KHV |
| ASSOCIATED WHOLESALE GROCERS, INC., a Kansas corporation, | ) ) ) |
| Defendant. | ) ) |

### ORDER

Upon joint motion of the parties and per the Joint Stipulation of Dismissal filed pursuant to Fed. R. Civ. P. 41, it is hereby ordered that this matter is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date   June 12, 2008          s/ Kathryn H. Vratil
                              Honorable Kathryn H. Vratil
                              United States District Judge

2307171.01